**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SHEARER, Magen Nicole,**<br>Debtor.<br>_____<br>**SHEARER, Magen Nicole,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendant. | Case No. 24-12668-CMA<br><br>Adversary Number: 24-01068-CMA<br><br>**EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT**<br><br>MODIFIED BY COURT |

Plaintiff Magen Nicole Shearer and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring A Partial Discharge of Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that the loan debts listed under "Student Loans Subject to Discharge" on attached Exhibit A, (the Debt), are dischargeable under 11 U.S.C. § 523(a)(8). Specifically NSLDS Loans no.1, 2 and 3 are subject to discharge in full and NSLDS Loans no. 4,5,6,& 7 are

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-01068-CMA    Doc 14    Filed 05/08/25    Ent. 05/08/25 14:38:25    Pg. 1 of 3

not subject to discharge.

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).
2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).
3. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 24-12668-CMA, NSLDS Loans no. 1, 2 and 3 shall be included within such discharge in full and NSLDS Loans no. 4,5,6,& 7 shall not be included in her discharge.
4. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

and

United States Department of Justice

By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-01068-CMA    Doc 14    Filed 05/08/25    Ent. 05/08/25 14:38:25    Pg. 2 of 3

| Loan Number | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | |
|---|---|---|---|---|---|---|---|---|
| 7 | DEPT OF ED/NELNET | 2024-09-26 | 1750 | DIRECT STAFFORD SUBSIDIZED | Bankruptcy, Active | $1,750.00 | | |
| 6 | DEPT OF ED/NELNET | 2024-09-26 | 1417 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $1,417.00 | $47.12 | |
| 5 | DEPT OF ED/NELNET | 2018-10-29 | | DIRECT STAFFORD UNSUBSIDIZED | Cancelled | | | |
| 4 | DEPT OF ED/NELNET | 2018-10-29 | | DIRECT STAFFORD SUBSIDIZED | Cancelled | | | |
| | | | | | To Survive the BK | $3,167.00 | $47.12 | $3,214.12 |

Student Loans Subject to Discharge    are below

| Loan Number | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | |
|---|---|---|---|---|---|---|---|---|
| 3 | DEPT OF ED/NELNET | 2015-09-08 | 3069 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $3,371.00 | $149.05 | |
| 2 | DEPT OF ED/NELNET | 2015-03-11 | 9500 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $10,739.46 | $515.88 | |
| 1 | DEPT OF ED/NELNET | 2011-11-11 | 2750 | DIRECT STAFFORD UNSUBSIDIZED | Bankruptcy, Active | $3,108.17 | $135.40 | |
| | | | | | To be Discharged | $17,218.63 | $800.33 | $18,018.96 |